UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Simmons Bedding Company,
      Plaintiff

v.                                      Civil Action No. 04-12379-NMG

Charmaine Stephens, et al.,
      Defendant

SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

      The Court having been advised by on December 1, 2004 that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

                                                        By the Court,

                                                          /S/ Craig J. Nicewicz

12/2/04                                                _____
   Date                                                 Craig J. Nicewicz
                                                          Courtroom Clerk