# United States District Court

DISTRICT OF MASSACHUSETTS

Simmons Bedding Company

"Plaintiff"

V.

Charmaine Stephens, Mesades Jackson, Laporcha Jackson, and Regine Jackson

"Defendants"

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 12370 NMG

TO: (Name and address of defendant)
Charmaine Stephens
57 Biltmore Street
Springfield, MA  01108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrea C. Kramer
Sullivan Weinstein & McQuay
Two Park Plaza
Boston, MA  02116

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK