# United States District Court

**DISTRICT OF MASSACHUSETTS**

Simmons Bedding Company

"Plaintiff"

V.

Charmaine Stephens, Mesades Jackson, LaPorcha Jackson, and Regine Jackson

"Defendants"

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04 12370 NMG**

TO: (Name and address of defendant)
LaPorcha Jackson
52 Marshall Street
Springfield, MA  01109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrea C. Kramer
Sullivan Weinstein & McQuay
Two Park Plaza
Boston, MA  02116

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

## RETURN OF SERVICE

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

November 16, 2004

I hereby certify and return that on 11/15/2004 at 11:41 am I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT & CIVIL ACT. COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of LAPORCHA JACKSON, 52 MARSHALL Street, SPRINGFIELD, MA 01109. Conveyance ($1.20), Travel ($2.56), Basic Service Fee ($20.00), Attestation X 1 ($5.00), Mailing1 ($1.00) Total Charges $29.76

Deputy Sheriff DANIEL D. LARROW

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                            Signature of Server

                                                                _____
                                                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.