**ADOLPHE A. STOREY**
*Attorney at Law*
*264 North Main Street, Suite B2*
*East Longmeadow, MA 01028*

Fax- (413)- 525-8568

(413)-525-4151

*FILED CLERKS OFFICE*
*2005 FEB -8 P 12: 53*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

February 5, 2005

United States District Court
For The District of Massachusetts
Attn: TONY ANASTAS, Clerk
1 Courthouse Way,
Boston, MA 02210

RE:   Simmons Bedding Company
       vs  Charmaine Stephens, etals
       Docket No.  04  12379 NMG

Dear Clerk Anastas:

Enclosed find my Appearance for Charmaine Stephens in the above-entitled action. It is my understanding that all Defendants and their counsel signed an Agreement for Entry of Judgment in November of 2004; and, that said Agreement was filed with the Court on December 30, 2004.

Late Friday, February 4, 2005, I spoke with Mr. Mark Barretts who was unable to find this case on the Docket for reason that the Summons served on my client in this case had an incorrect Docket number. See copy attached. I assume that this case had been delayed in being brought forward for approval and entry of the Agreement because of the incorrect Docket number.. In any event, my client has been in dire need of her settlement funds in order to pay for her tuition for the coming semester.

I would appreciate your kindness in giving me a call, or FAX to advise when we could expect the Court to hopefully approve the Agreement so that the Plaintiff could then follow through with the disbursement of funds in accordance with the Agreement.

Thank you for your courtesy and cooperation.

Adolphe A. Storey
AAS/ds
Encl-copy of summons-FAX to Attys Saia 413-736-4531)& Newton (785-4658)

# United States District Court

_____ DISTRICT OF _____
MASSACHUSETTS

Simmons Bedding Company

"Plaintiff"

V.

Charmaine Stephens, Mesades Jackson, Laporcha Jackson, and Regine Jackson,

"Defendants"

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04 12370 NMG

TO: (Name and address of defendant)
Charmaine Stephens
57 Biltmore Street
Springfield, MA  01108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andrea C. Kramer
Sullivan Weinstein & McQuay
Two Park Plaza
Boston, MA  02116

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE  NOV 10 2004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*FILED*
*IN CLERKS OFFICE*
*2005 FEB -8 P 12: 46*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

| | |
|---|---|
| SIMMONS BEDDING COMPANY,<br><br>Plaintiff.<br><br>vs.<br><br>CHARMAINE STEPHENS, MESADES JACKSON, LAPORCHA JACKSON, AND REGINE JACKSON,<br><br>Defendants, | Civil Action no.04  12379 NMG |

APPEARANCE

I, Adolphe A. Storey, appear in the above-entitled action as Attorney for the Defendant, Charmaine Stephens.

*[signature]*
By her Attorney,
Adolphe A. Storey, Esquire
264 North Main Street, Suite 12, East Longmeadow, MA 01028
Tel: 1-413-525-4151
Fax: 1-413-525-8568
BBO # 482 660